**FILED**

UNITED STATES DISTRICT COURT CLERK'S OFFICE
EASTERN DISTRICT OF NEW YORK U.S. DISTRICT COURT E.D.N.Y.

★ JUL 1 4 2017 ★

BROOKLYN OFFICE

**Tova Einhorn** individually
and all other similarly situated consumers,

Plaintiff,

v.

Alliant Capital Management LLC

Defendant.

**STIPULATION OF DISMISSAL**

Case No. 1:16-cv-05348-ARR-CLP

_____/

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL

COMES now plaintiff and defendant, by and through their undersigned counsel,

in the above-titled action and request entry of a Final Order of Dismissal with Prejudice

in this matter, each party to bear its own costs and fees, and without prejudice as to the

rights of any putative class members other than Plaintiff, if any.

Dated this 10th day of July 2017.

/s/ David Palace
David Palace, Esq.
Law Offices of David Palace
383 Kingston Avenue, #113
Brooklyn, NY  11213
Phone: (347) 651-1077
Fax: (347) 464-0012
Email: davidpalaceesq@gmail.com

Attorney for Plaintiff

/s/ Gregory Zini
Gregory Zini
Barclay Damon LLP
The Avant Building, Suite 1200
200 Delaware Avenue
Buffalo, New York 14202
(716) 858-3750
gzini@barclaydamon.com

Attorney for Defendant

So ordered.   /s/(ARR), USDJ